UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
Bagdonas, Leonard R.                      §      Case No. 10-52459
                                          §
            Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

      Funds were disbursed in the following amounts:

      Payments made under an interim
      disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Trustee_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-52459 | MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | Bagdonas, Leonard R. | | | Date Filed (f) or Converted (c): | 11/24/10 (f) |
| | | | | 341(a) Meeting Date: | 01/03/11 |
| For Period Ending: 05/23/12 | | | | Claims Bar Date: | 07/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 250.00 Location: 38W440 Arrowmaker Pass, Elgin IL | 250.00 | 0.00 | | 0.00 | FA |
| 2. 1/2 interest in 6 rooms of furniture and Misc. Hou | 750.00 | 0.00 | | 0.00 | FA |
| 3. clothing of an adult male Location: 38W440 Arrowma | 25.00 | 0.00 | | 0.00 | FA |
| 4. Life interest in the Bagdonas Family Trust created | 250,000.00 | 33,730.00 | | 225,000.00 | FA |
| 5. 2001 Mercury Villager 85,000 miles Location: 38W44 | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc. computer equipment Location: 38W440 Arrowmak | 750.00 | 0.00 | | 0.00 | FA |
| 7. Misc. personal Computer equipment and supplies Loc | 500.00 | 0.00 | | 0.00 | FA |
| 8. State Farm Insurance Refund (u) | 0.00 | 299.76 | | 299.76 | FA |
| Trustee's attorneys paid home insurance premiums, on behalf of the estate, to cover the real property while the real property was marketed for sale; this refund represents the amount returned to the estate after the insurance policy was canceled upon the sale of the real property; Trustee's attorneys are requesting reimbursement of the insurance premiums paid as part of their application for compesnation and expense reimbursmenet | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $257,275.00 | $34,029.76 | | $225,299.76 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed an adversary complaint to determine the Estate's interest in a living trust, including Debtor's homestead
; Trustee challenged the validity of the puprorted life estate granted to Debtor's wife by the living trust; the Court
declared the living trust revoked and determined that the real property in question was property of the Estate and could
be administered by the Trustee; Trustee retained a realtor to market the real property; Trustee obtained an offer to

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 10-52459 MB Judge: MANUEL BARBOSA | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: Bagdonas, Leonard R. | Date Filed (f) or Converted (c): 11/24/10 (f) |
| | 341(a) Meeting Date: 01/03/11 |
| | Claims Bar Date: 07/11/11 |

purchase the property and negotiated a contract for the sale of the property; the Trustee's motion to approve the proposed sale was granted on January 26, 2012; closing for sale of property on February 26, 2012; upon closing, Trustee directed tax accountant to prepare estate tax returns; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 04/30/12      Current Projected Date of Final Report (TFR): 04/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-52459 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | Bagdonas, Leonard R. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4222  Money Market Account |
| Taxpayer ID No: | *******5896 | | |
| For Period Ending: | 05/23/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 03/31/11 | | Fish, Jack & Darlene  2N245 Pearl Avenue  Glen Ellyn IL 60137 | Rent 4/11 -- Pearl Avenue | 1222-003 | 950.00 | | 950.00 |
| * 03/31/11 | | Fish, Jack & Darlene  2N245 Pearl Avenue  Glen Ellyn IL 60137 | Rent 4/11 -- Pearl Avenue  Entered deposit in error to incorrect case. SEE In re Paul Ryan, Case no. 10-52459 | 1222-003 | -950.00 | | 0.00 |

| | | | Account *******4222 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 2 | Deposits | 0.00 | 0 | Checks | 0.00 |
| | | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 0.00 | | | | | 0 | Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | | Subtotal | $ 0.00 | | | |
| | | | | | | | Total | $ 0.00 |
| Memo Allocation Net: | 0.00 | | 0 | Adjustments In | 0.00 | | | |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $ 0.00 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-52459 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | Bagdonas, Leonard R. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5643  Checking Account |
| Taxpayer ID No: | *******5896 | | | |
| For Period Ending: | 05/23/12 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/12 | 4 | Attorneys' Title Guaranty Fund<br>1 South Wacker Drive  24th Floor<br>Chicago IL 60606-4654 | Sale Proceeds - Real Estate | | 34,749.52 | | 34,749.52 |
| | | ATTYS TITLE | Memo Amount:        225,000.00 | 1110-000 | | | |
| | | | Sale Proceeds - Real Estate | | | | |
| | | FARGO, WELLS | Memo Amount:     (    78,272.10 ) | 4110-000 | | | |
| | | | Payoff 1st Mortgage | | | | |
| | | FARGO, WELLS | Memo Amount:     (    73,158.19 ) | 4110-000 | | | |
| | | | Payoff 2nd Mortgage | | | | |
| | | ATTYS TITLE | Memo Amount:     (      1,435.00 ) | 2500-000 | | | |
| | | | Title Policy | | | | |
| | | JOHN THOMAS, BUYER | Memo Amount:     (      7,372.59 ) | 2820-000 | | | |
| | | | Real Estate Tax Prorations | | | | |
| | | BAGDONAS, LEONARD | Memo Amount:     (    15,000.00 ) | 8100-002 | | | |
| | | | Debtor's Exemption | | | | |
| | | BANKER, COLDWELL | Memo Amount:     (    12,770.00 ) | 3510-000 | | | |
| | | | Broker Commission | | | | |
| | | CAMPANALE | Memo Amount:     (      1,000.00 ) | 3210-000 | | | |
| | | | Seller's RE Attorney | | | | |
| | | ATG | Memo Amount:     (         337.50 ) | 2820-000 | | | |
| | | | RE Transfer Stamps | | | | |
| | | STUDNICKA & ASSOCIATES | Memo Amount:     (         450.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | BAGDONAS, LEONARD | Memo Amount:     (           60.00 ) | 2500-000 | | | |
| | | | Utility Credit to Debtor | | | | |
| | | ATTYS TITLE | Memo Amount:     (         395.10 ) | 2500-000 | | | |
| | | | Miscellaneous Title &Recording Fees | | | | |
| 02/17/12 | 000101 | Catatoga Property Owners Association<br>PO Box 5050<br>Elgin, IL 60121-5050 | Association Fees<br>Paid Assessment Letter ($50) & 2012 Debtor's<br>Assessment Fees ($50) | 2500-000 | | 100.00 | 34,649.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: | 10-52459 -MB |
| Case Name: | Bagdonas, Leonard R. |
| Taxpayer ID No: | *******5896 |
| For Period Ending: | 05/23/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5643  Checking Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/12 | 8 | State Farm Fire and Casualty Company<br>2702 Ireland Grove Road<br>Bloomington IL 61709-0001 | $50 Paid Assessment Letter & $50 2012 Debtor's Assessment Fees<br>INSURANCE REFUND | 1280-000 | 299.76 | | 34,949.28 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Account *******5643 | Balance Forward | 0.00 | | | |
| | | | 2 Deposits | 35,049.28 | 1 Checks | 100.00 | |
| | | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 | |
| Memo Allocation Receipts: | 225,000.00 | | | | 0 Transfers Out | 0.00 | |
| Memo Allocation Disbursements: | 190,250.48 | | Subtotal | $ 35,049.28 | | | |
| | | | | | Total | $ 100.00 | |
| Memo Allocation Net: | 34,749.52 | | 0 Adjustments In | 0.00 | | | |
| | | | 0 Transfers In | 0.00 | | | |
| | | | Total | $ 35,049.28 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Report Totals | Balance Forward | 0.00 | | | |
| | | | 4 Deposits | 35,049.28 | 1 Checks | 100.00 | |
| | | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 | |
| Total Allocation Receipts: | 225,000.00 | | | | 0 Transfers Out | 0.00 | |
| Total Allocation Disbursements: | 190,250.48 | | Subtotal | $ 35,049.28 | | | |
| | | | | | Total | $ 100.00 | |
| Total Memo Allocation Net: | 34,749.52 | | 0 Adjustments In | 0.00 | | | |
| | | | 0 Transfers In | 0.00 | | | |
| | | | Total | $ 35,049.28 | Net Total Balance | $ 34,949.28 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 23, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-52459  
Debtor Name: Bagdonas, Leonard R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg & Wallace, Ltc.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $10,000.00 | $0.00 | $10,000.00 |
| 001<br>3120-00 | Baldi Berg & Wallace, Ltc.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $921.09 | $0.00 | $921.09 |
| 001<br>3210-00 | Anthony Campanale<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago IL 60603 | Administrative | | $1,000.00 | $1,000.00 | $0.00 |
| 999<br>2500-00 | Catatoga Property Owners Association<br>PO Box 5050<br>Elgin, IL 60121-5050 | Administrative | | $100.00 | $100.00 | $0.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $943.00 | $0.00 | $943.00 |
| 001<br>2700-00 | Clerk of Bankruptcy Court<br>219 S. Dearborn St., 7th Floor<br>Chicago, IL 60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| 070<br>7100-00 | Citibank, N.A.<br>c/o Blatt Hasenmiller<br>125 S. Wacker Drive.<br>Suite 400<br>Chicago IL 60606 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $18,266.54 | $0.00 | $18,266.54 |
| 000002<br>070<br>7100-00 | Wheaton Eye Clinic<br>2015 N. Main Street<br>Wheaton, IL 60187 | Unsecured | | $1,414.60 | $0.00 | $1,414.60 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,764.67 | $0.00 | $1,764.67 |
| 000004<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,511.12 | $0.00 | $5,511.12 |
| 000005<br>080<br>7200-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $20,726.23 | $0.00 | $20,726.23 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 23, 2012 |

Case Number: 10-52459  
Debtor Name: Bagdonas, Leonard R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 080 7200-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $12,896.30 | $0.00 | $12,896.30 |
| | Case Totals: | | | $73,836.55 | $1,100.00 | $72,736.55 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                           Exhibit D

Case No.: 10-52459
Case Name: Bagdonas, Leonard R.
Trustee Name: Elizabeth C. Berg, Trustee

       Balance on hand                                                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltc. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltc. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Charges: Clerk of Bankruptcy Court | $ | $ | $ |
| Other: Catatoga Property Owners Association | $ | $ | $ |
| Other: Anthony Campanale | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses            $_____

      Remaining Balance                                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Wheaton Eye Clinic | $ | $ | $ |
| 000003 | American Express Bank, FSB | $ | $ | $ |
| 000004 | American Express Bank, FSB | $ | $ | $ |
|  | Citibank, N.A. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA NA | $ | $ | $ |
| 000006 | Chase Bank USA NA | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance     $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE