UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10-52459 |
| Leonard R. Bagdonas, | ) | |
| | ) | Honorable Manuel Barbosa |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: July 26, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:        Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:    Estate

Date of Order Authorizing
Employment:           November 24, 2010

Period for Which
Compensation is sought:   November 24, 2010 to Close of Case

Amount of Fees sought:    $13,750.00

Amount of Expense
Reimbursement sought:     $0.00

This is an:    Interim Application  __    Final Application  _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| <u>Date Filed</u> | <u>Period Covered</u> | Total Requested <br> <u>(Fees & Expenses)</u> | Total <br> <u>Allowed</u> |
|---|---|---|---|

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  <u>$0.00</u> .

Dated:  June 29, 2012            Elizabeth C. Berg, Trustee of the Estate of
                    Leonard R. Bagdonas, Debtor


                    By:  ___/s/Elizabeth C. Berg, Trustee___
                        Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Leonard R. Bagdonas, | ) | Case No. 10-52459 |
| | ) | Honorable Manuel Barbosa |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: July 26, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the

estate ("Estate") of Leonard R. Bagdonas ("Debtor"), pursuant to sections 326 and 330

of title 11, United States Code ("Code"), requests this Court to enter an order allowing

and authorizing payment to Trustee of $13,750.00 as final compensation for services

rendered as trustee in this case from November 24, 2010 through the close of this case.

In support thereof, Trustee states as follows:

### Introduction

1.      Debtor commenced this case on November 24, 2010 ("Petition Date") by

filing a voluntary petition for relief under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7

trustee in this case.

3.      The Estate's primary asset was a parcel of real estate improved by a

single family home which was located at 38W440 Arrowmaker Pass, Elgin, Illinois

("Property").  As of the Petition Date, the title to the Property was held by a living trust.

The Trustee filed an adversary complaint to determine the Estate's interest in the

Property.  Pursuant to this Court's order dated September 1, 2011, the Court determined

that the Property was property of the Estate and could be administered for the benefit of

the Estate.

4.      The bar date for filing claims in this case was July 11, 2011.

## Prior Compensation

5.      This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.      Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

## Services Rendered by Trustee

7.      Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate.  Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A.  The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.      Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities, the Debtor's Statements of Financial Affairs and conducted an examination of the Debtor pursuant to Section 341 of the Code;

B.      Trustee investigated the value to the Property and the Estate's interest in the Property; Trustee directed her attorneys to file an adversary proceeding to determine the Estate's interest in the Property and life trust which, as of the Petition Date, held title to the Property; on September 1, 2011, the Court entered an order determining that the Property was property of the Estate and could be administered for the benefit of creditors; thereafter, the Trustee employed a real estate broker to market the Property for sale;  while marketing the Property, Trustee ensured that the Property was properly insured and maintained; despite the depressed housing market, the Trustee received a reasonable offer and negotiated a contract for the sale of the Property which exceeded the valid liens on the Property; upon this Court's order dated January 26, 2012, the Trustee received authority to sell the Property; as a result of the

sale of the Property, the Estate realized gross proceeds of $225,000.00 for the benefit of creditors;

        C.     Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

        D.     Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

        E.     Trustee examined, analyzed and verified proofs of claim filed against the Estate; Trustee verified the mortgage liens asserted against the Property and oversaw payment of those secured claims, as authorized by the Court order approving the sale, at the closing of the sale of the Property; Trustee directed her attorneys to resolve the Trustee's objection to a judgment lien filed against the Property which was recorded within the ninety days prior to the Petition Date (Trustee's attorneys, at the request and direction of the Trustee, filed an adversary complaint to determine that the judicial lien was a preferential transfer and voidable by the Trustee; thereafter, upon Trustee's Motion, the Court entered an order of default against the judgment lien creditor on April 5, 2012 thereby voiding the lien); and

        F.     Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

        8.     Trustee has collected the sum of $225,299.76 on behalf of the Estate. Trustee has made $190,350.48 in disbursements in this case as of the date hereof.

        9.     Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

**Compensation Requested**

10.    During the period covered by this Application, Trustee spent 48.30 hours rendering services on behalf of this Estate with a value of $13,279.50.    Trustee estimates that she will spend an additional three hours rendering services with a value of $680.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11.    The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above (less amounts paid to Debtor on account of exemptions and the amount of the refund of the insurance premium which was deposited into the Estate account but was paid by Trustee's attorneys[1]), is $13,750.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $45,000.00 | $4,500.00 |
| 5% of the next $160,000.00 | $8,000.00 |
| Total allowable compensation | $13,750.00 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to timely filed unsecured creditors. Trustee anticipates that there will not be a surplus of funds to be returned to the Debtor.

12.    Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $13,750.00.    This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

---

[1] Trustee's attorneys have requested reimbursement of the insurance premium paid, a portion of which was refunded to the Estate.

4

14.     Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

15.     The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

16.     Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Leonard R. Bagdonas requests the entry of an order providing the following:

A.     Allowing to Trustee final compensation in the amount of $13,750.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 24, 2010 through the closing of this case;

B.     Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C.     For such other and further relief as this Court deems appropriate.


Dated:  June 29, 2012                    Elizabeth C. Berg, as trustee of the estate of
                                         Leonard R. Bagdonas, debtor


                                         By:_____/s/_____
                                                  ·Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603
(312) 726-8150

**Trustee's Final Fee Application**                    **Leonard R. Bagdonas, Debtor**
                                                       **Case No. 10-52459**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

May 21, 2012
Invoice No:    02055

Elizabeth C. Berg
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**    *Bagdonas - Trustee Matters*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 1/24/2011 | ECB | Re: Leonard Bagdonas -- Teleconference with Creditor James O'Connor funeral home re case filing, auto stay and procedures for filing proofs of claim | 0.20 $300.00/ hr | $60.00 |
| 3/09/2011 | ECB | Review Trust Agreement re grantor provisions and ability to revoke, amend and change agreement (.2) Telephone call to D's counsel to advise estate's interest in real estate owned by trust (.2) Telephone call to potential realtor re marketing of property (.1) | 0.50 $300.00/ hr | $150.00 |
| 3/23/2011 | ECB | Email with Broker Marina Treviso re status of CMA requested and timing for motion to hire. | 0.20 $300.00/ hr | $60.00 |
| 3/29/2011 | ECB | Teleconference with Broker re timing to list property | 0.10 $300.00/ hr | $30.00 |
| 3/31/2011 | ECB | Review listing agreement from Coldwell for Arrowmaker Pass (.4) Revise Listing agreement (.1) Prepare bankruptcy rider to same (.4) Emails to broker re execution of agreement (.3) | 1.20 $300.00/ hr | $360.00 |

**Baldi Berg & Wallace, Ltd**

5/23/2012

Bagdonas - Trustee Matters                                                                                      Page    2

| | | | | |
|---|---|---|---|---|
| 3/31/2011 | ECB | Review case law regarding status of Debtor's trust powers of appointment as property of the estate (1.0) Review cases regarding NFS life estate in Debtor's real property (1.5) | 2.50 $300.00/ hr | $750.00 |
| 4/04/2011 | ECB | Confer with counsel re trust issues and sale of property free of life estate | 0.30 $300.00/ hr | $90.00 |
| 4/29/2011 | ECB | Confer with JDL re prep of Trustee Notice of Interest in Real Estate for recording | 0.10 $300.00/ hr | $30.00 |
| 5/11/2011 | ECB | Confer with DBW re case background and legal theories to defeat  life estate of Peggi Webber and sell Arrowmaker property | 0.40 $300.00/ hr | $120.00 |
| 5/17/2011 | ECB | Confer with DBW re contract, gift and conveyance theories to defeat wife's life estate in homestead | 0.40 $300.00/ hr | $120.00 |
| 5/18/2011 | ECB | Confer with counsel DBW re prep of letter to D counsel re estate's interest in real property held in Debtor's prepetition irrevocable trust | 0.20 $300.00/ hr | $60.00 |
| 5/25/2011 | ECB | Review and revise DBW letter to D's counsel re administration of living trust assets and probable lawsuit to enable same (.3) Confer with DBW re same (.1) | 0.40 $300.00/ hr | $120.00 |
| 6/23/2011 | ECB | Review draft complaint for Declaratory Judgment and other relief (.5) Confer with counsel re theories of recovery, suggested revisions and filing mechanics (.8) | 1.30 $300.00/ hr | $390.00 |
| 6/24/2011 | ECB | Confer with JAB re case theories and requirements for complaint;  Legal research re revocable trust as property of estate and requirements for valid life estate in Illinois; Confer with JDL re additional research; Review IL conveyancing law re requirement for valid conveyance of Life Estate | 0.00 $300.00/ hr | No Charge |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Trustee Matters

Page     3

|            |     |                                                                                                                                                             |                              |             |
| ---------- | --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------- | ----------- |
|            |     |                                                                                                                                                             | 3.20                         | No Charge   |
| 6/27/2011  | ECB | Continued research re qualified life estates                                                                                                                 | 0.00<br>$300.00/ hr          | No Charge   |
|            |     |                                                                                                                                                             | 2.60                         | No Charge   |
| 6/28/2011  | ECB | Confer with DBW re complaint and continuing issues re defeat of current life estate transfer (.7) Review additional case law re same (.5)                     | 1.20<br>$300.00/ hr          | $360.00     |
| 7/06/2011  | ECB | Prepare revocation of trust agreement letter                                                                                                                 | 0.50<br>$300.00/ hr          | $150.00     |
| 7/07/2011  | ECB | Make final revisions to adversary complaint and discuss same with counsel                                                                                    | 1.70<br>$300.00/ hr          | $510.00     |
| 7/14/2011  | ECB | Open and verify June 2011 monthly bank statement                                                                                                             | 0.10<br>$300.00/ hr          | $30.00      |
| 7/15/2011  | JMM | Process June 2011 bank statements (.1) Reconcile Trustee accounts (.1)                                                                                       | 0.20<br>$75.00/ hr           | $15.00      |
| 8/23/2011  | ECB | Review and revise Motions for Default Judgments against Debtor and against non-filing spouse, Peggi Weber                                                     | 0.00<br>$300.00/ hr          | No Charge   |
|            |     |                                                                                                                                                             | 0.60                         | No Charge   |
| 8/24/2011  | ECB | Confer with counsel re changes to Motions for Default and filing of same                                                                                     | 0.20<br>$300.00/ hr          | $60.00      |
| 8/26/2011  | ECB | Review and approve monthly bank reconciliations                                                                                                              | 0.10<br>$300.00/ hr          | $30.00      |
| 9/02/2011  | ECB | Email to broker re entry of judgments and timing for listing of property                                                                                     | 0.20<br>$300.00/ hr          | $60.00      |
| 9/02/2011  | ECB | Confer with RE Counsel and title agent re  transfer of property into name of Trustee for closing and listing purposes                                        | 0.10<br>$300.00/ hr          | $30.00      |

**Baldi Berg & Wallace, Ltd**

5/23/2012

Bagdonas - Trustee Matters

Page    4

| | | | | |
|---|---|---|---|---|
| 9/15/2011 | ECB | Confer with counsel for debtor regarding status of residency at homestead and plans to list same for sale | 0.10 $300.00/ hr | $30.00 |
| 9/19/2011 | ECB | Telephone call to Debtor re condition and listing of property | 0.50 $300.00/ hr | $150.00 |
| 9/19/2011 | ECB | Review and revise motion to hire realtor (.3) Place telephone call to realtor re updating listing agreement and contacting D for pre-listing inspection (.1) | 0.40 $300.00/ hr | $120.00 |
| 9/19/2011 | ECB | Check Kane County recorder of deeds for current status of title (.1) Review memorandum of judgment in favor of Citibank (.1) Review Code re requirements to avoid lien (.2) | 0.40 $300.00/ hr | $120.00 |
| 9/19/2011 | ECB | Confer with counsel re proper title for deeding Arrowmaker property to Bankruptcy Estate | 0.20 $300.00/ hr | $60.00 |
| 9/19/2011 | ECB | Conduct Claims Review:  Review claims register and all proofs of claim; Compare same against schedules (.4) Update Trustee database to validate claims (.2) | 0.60 $300.00/ hr | $180.00 |
| 9/20/2011 | ECB | Teleconference with broker re pre-listing inspection and purchase point parameters for sale | 0.30 $300.00/ hr | $90.00 |
| 9/27/2011 | ECB | Telephone call from broker re initial inspection (.1) Obtain copy of most recent tax bill (.1) | 0.20 $300.00/ hr | $60.00 |
| 10/04/2011 | ECB | Review 7th Circuit Szekely opinion re ability of Trustee to charge Debtor rent for continued occupancy during listing of home | 0.00 $300.00/ hr | No Charge |
| | | | 0.40 | No Charge |
| 10/05/2011 | ECB | Review revised listing agreement for property (.3) Review provisions of Illinois Residential Real Estate Disclosure Ac in connection with same (.3) | 0.60 $300.00/ hr | $180.00 |

**Baldi Berg & Wallace, Ltd**

Bagdonas - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 10/12/2011 | ECB | Final review and execution of Listing Agreement for Arrowmaker Pass (.3) Email to Broker re new listing agreement, marketing of property and retention as broker for estate (.2)  Memo to RKP re prep of motions to hire broker and hire accountant (.2) | 0.70<br>$300.00/ hr | $210.00 |
| 10/18/2011 | ECB | Review messages from broker re results of property inspection and potential water damage (.2) Email and Telephone call to Broker re same (.2) Telephone call to Wells Fargo to request payoff letters on both 1st and 2nd mortgages (.5) | 0.90<br>$300.00/ hr | $270.00 |
| 10/19/2011 | ECB | Review multiple sales listing for property (.1) Review Broker email re buyer incentives (.1) Telephone call to Debtor to set up Trustee visit to premises (.1) Final revision to motion to list (.2) | 0.50<br>$300.00/ hr | $150.00 |
| 10/21/2011 | ECB | Telephone call with Wachovia re Debtor's cancellation of insurance and lender's placement of forced placed insurance on Property (.2) Teleconference with Debtor re same (.1) Draft Correspondence to Wachovia to request force-placed insurance (.2) | 0.50<br>$300.00/ hr | $150.00 |
| 10/27/2011 | ECB | Email to Broker re scheduling open houses and condition of deck at property | 0.20<br>$300.00/ hr | $60.00 |
| 10/31/2011 | ECB | Email from broker re scheduled open house | 0.10<br>$300.00/ hr | $30.00 |
| 11/01/2011 | ECB | Review payoff letters for 1st Mortgage and HELOC (.3) Compare principal balance of HELOC on schedules against payoff and Teleconference with Wachovia to confirm principal balance on HELOC  (.5) Prepare net proceeds calculations (.2) | 1.00<br>$300.00/ hr | $300.00 |
| 11/08/2011 | ECB | Exchange emails with broker regarding turnout at open house, prospects for sale, problems with showing and | 0.60<br>$300.00/ hr | $180.00 |

**Baldi Berg & Wallace, Ltd**

5/23/2012

Bagdonas - Trustee Matters

Page    6

possible reduction in price (.3) Review estate claim totals
and analyze price point adjustments (.3)

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/2011 | JMM | Process Oct 11 Bank Statement (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $75.00/ hr | $15.00 |
| 12/02/2011 | ECB | Recalculate price point and distribution on claims (.2) Email to broker re open house and price adjustment | 0.30 $300.00/ hr | $90.00 |
| 12/05/2011 | ECB | Email to and from broker re Sunday's open house (.2) Teleconference with broker re incoming offer (.2) Calculate net proceeds on range of possible offers (.5) Check assessor's office and update status of unpaid real estate taxes (.2) | 1.10 $300.00/ hr | $330.00 |
| 12/06/2011 | ECB | Email to broker re Bankruptcy rider for incoming offer (.1); Teleconference with broker re original Thomas offer and possible 2nd competing offer (.2) | 0.30 $300.00/ hr | $90.00 |
| 12/07/2011 | ECB | Multiple Teleconferences with Broker re additional interest in property and pending offer (.8) Confer with JAB re negotiation of release of preferential judgment lien and release of same (.2) Review revisions to J. Thomas offer (.2) | 1.20 $300.00/ hr | $360.00 |
| 12/07/2011 | ECB | Review J Thomas revised offer (.6); Confer with Broker re provisions requiring modification (.3)Revise Bankruptcy rider and prep proposed contract changes (1.4) Confer with RE counsel Campanale re same (.2) | 2.50 $300.00/ hr | $750.00 |
| 12/08/2011 | ECB | Review email from buyer's broker re final initials to contract, execute and return same (.1) Meet with RE counsel to discuss details of sale and deliver contract and title documents (.4) Email to Trustee broker re home and water/septic inspections | 0.50 $300.00/ hr | $150.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Trustee Matters

Page    7

---

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/2011 | ECB | Emails to Broker to confirm home and well inspection (.2) Teleconference with Debtor to advise of contract, inspection and projected closing date (.3) Email to Debtor's counsel re same (.1) | 0.60 $300.00/ hr | $180.00 |
| 12/12/2011 | ECB | Teleconference with broker re preliminary results from wel and home inspections and timing on mortgage approval for buyer | 0.30 $300.00/ hr | $90.00 |
| 12/16/2011 | ECB | Review contract provisions re timing on home and water inspections notice to cure periods (.1) Teleconference and email to RKP re prep of motion to sell (.1) Confer with JAB re status of Citibank lien (.1) Email to RE Counsel re inspection periods (.1) | 0.40 $300.00/ hr | $120.00 |
| 12/19/2011 | ECB | Telephone call with Debtor re negotiation of sale of dining room furniture to buyers and disposal of storage items on premises (.2) Conference with ACC re status of inspection and expiration of attorney review period (.1) | 0.30 $300.00/ hr | $90.00 |
| 12/20/2011 | JMM | Process November 2011 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $75.00/ hr | $15.00 |
| 12/22/2011 | ECB | Review title commitment to confirm no listing of Citibank judgment lien (.1) Confer with Campanale office re same (.2) | 0.30 $300.00/ hr | $90.00 |
| 1/03/2012 | ECB | Confirm delivery of title to buyer's counsel (.1) Email broker re identity of title company (.1) | 0.20 $300.00/ hr | $60.00 |
| 1/11/2012 | ECB | Confer with RKP re status of sale (.1) Telephone call to accountant re D's basis in property for Estate's 1041 return (.1) Review original deed and obtain basis from tax stamps (.1) | 0.30 $300.00/ hr | $90.00 |
| 1/12/2012 | ECB | Attend to details re closing (.4) Confer with ACC re title status (.3) Telephone calls to municipality re transfer stamps and water certificate (.4) | 1.10 $300.00/ hr | $330.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Trustee Matters                                                                Page    8

| | | | | |
|---|---|---|---|---|
| 1/17/2012 | ECB | Teleconference with Lake County Clerk re certified copy of death certificate.  Obtain check and info for same | 0.30<br>$300.00/ hr | $90.00 |
| 1/17/2012 | RKP | Review case status and documents/file for information needed to update form 1 and 3 for Trustee's annual report (.2); update reports in preparation for submission to UST (.2). | 0.40<br>$195.00/ hr | $78.00 |
| 1/25/2012 | ECB | Email Debtor re status of closing and utility shut off for same | 0.20<br>$300.00/ hr | $60.00 |
| 1/25/2012 | RKP | Review case file and docket for information needed to prepare Annual Report (.3); update information in system to prepare Form 1 and 2 (.6); edit forms per E. Berg and prepare for filing (.2). | 1.10<br>$195.00/ hr | $214.50 |
| 1/27/2012 | ECB | Teleconference with Len Bagdonas re entry of order approving sale, closing date, transfer of utilities and letter for landlord to confirm exemption (.3) Email to Campanale office re approval of sale and closing details (.2) Prep letter to Debtor to confirm exemption payment for landlord (.5)Email to Debtor and Biallas re same (.2)  Receive and deliver death certificate for title clearance (.1) | 1.30<br>$300.00/ hr | $390.00 |
| 1/30/2012 | ECB | Obtain and forward signed order approving sale to RE counsel | 0.20<br>$300.00/ hr | $60.00 |
| 1/30/2012 | ECB | Emails with Broker and ACC law (.2) Confer with DBW re prep of complaint to avoid preferential judgment lien (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 1/31/2012 | ECB | Review and approve 2011 UST annual report (.2) Oversee e-filing and submission of date files to UST (.1) | 0.30<br>$300.00/ hr | $90.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Trustee Matters

Page    9

| Date | | Description | Hours/Rate | Amount |
|------|-----|-------------|------------|--------|
| 2/02/2012 | ECB | Review Wells Fargo payoff letters and confer with M. Panitch re premature expiration of same | 0.20<br>$300.00/ hr | $60.00 |
| 2/03/2012 | ECB | Send courtesy copy of Citibank adversary complaint to counsel | 0.10<br>$300.00/ hr | $30.00 |
| 2/07/2012 | ECB | Email to M. Panitch re prorations at closing | 0.20<br>$300.00/ hr | $60.00 |
| 2/08/2012 | ECB | Email to T. Campanale re title company email re treatment of Citibank judgment lien at closing (.1) Review email from broker and commission statement and letter re RESPA treatment of commission (.2) Email Marina re same (.1) Confer with T. Campanale re Citibank issue (.1) | 0.60<br>$300.00/ hr | $180.00 |
| 2/10/2012 | ECB | Teleconference with Len Bagdonas re removal of hazardous waste from premises, proration of utilities and confirmation of closing date and time (.3) Confirm brokerage statement with realtors (.1) Email buyer's attorney re utility proration and closing (.2) | 0.60<br>$300.00/ hr | $180.00 |
| 2/13/2012 | ECB | Teleconference with Len Bagdonas re status of moveout (.2) Teleconference with Wells Fargo to request updated payoff letters for both loans (.5) | 0.70<br>$300.00/ hr | $210.00 |
| 2/16/2012 | ECB | Attend closing on 38W440 Arrowmaker Pass | 2.20<br>$300.00/ hr | $660.00 |
| 2/21/2012 | JMM | Telephone call to State Farm re: Cancellation of Property Insurance | 0.30<br>$85.00/ hr | $25.50 |
| 2/24/2012 | ECB | Email with Estate's accountant re prep of 2011 return | 0.10<br>$300.00/ hr | $30.00 |
| 3/07/2012 | ECB | Review and revise report of sale | 0.10<br>$300.00/ hr | $30.00 |
| 3/07/2012 | ECB | Open and initial review of bank statements; Confirm and post checks and deposits | 0.20<br>$300.00/ hr | $60.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Trustee Matters

Page   10

---

| 3/07/2012 | JMM | Review Bank Statements & Reconcile Accounts | 0.20 $85.00/ hr | $17.00 |
|---|---|---|---|---|
| 3/14/2012 | ECB | Confer with RKP re case closing and prep of final report | 0.10 $300.00/ hr | $30.00 |
| 3/14/2012 | RKP | Meet with E. Berg for first quarter review to discuss status of case and open issues. | 0.10 $195.00/ hr | $19.50 |
| 3/16/2012 | ECB | Review and approved reconciled Feb 2012 bank statements | 0.10 $300.00/ hr | $30.00 |
| 4/10/2012 | ECB | Initial review of March 2012 bank statements (.1) Verify deposits to receipts log and post checks/deposits to bank account (.1) Review and approve account reconciliation (.1) | 0.30 $300.00/ hr | $90.00 |
| 4/11/2012 | JMM | Process March 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $85.00/ hr | $17.00 |
| 4/12/2012 | RKP | Review case file and documents for information needed to close case (.2); email and phone conversation with Trustee re: same (.1). | 0.30 $195.00/ hr | $58.50 |
| 4/13/2012 | ECB | Review status of case closing; Confer with JMM re contacting accountant re return and final bill | 0.10 $300.00/ hr | $30.00 |
| 5/07/2012 | ECB | Review and verify April 2012 bank statement | 0.10 $300.00/ hr | $30.00 |
| 5/07/2012 | JMM | Review Bank Statements & Reconcile Accounts | 0.20 $85.00/ hr | $17.00 |
| 5/19/2012 | RKP | Further review of case file, docket and claim register for information needed to prepare TFR and NFR (.5); update system with information needed to prepare Uniform final report documents (1.4); draft TFR (2.0); draft NFR (.8) | 4.70 $195.00/ hr | $916.50 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Trustee Matters

Page    11

| | | | | |
|---|---|---|---|---|
| 5/21/2012 | ECB | Review, edit and execute TFR and related documents. | 1.00<br>$300.00 / hr | $300.00 |

| | |
|---|---|
| Total Fees | $12,928.50 |
| Total New Charges | $12,928.50 |
| Previous Balance | $0.00 |
| Balance Due | $12,928.50 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 38.40 | $300.00 |
| Elizabeth C Berg | 0.00 | $0.00 |
| Jason M Manola | 0.60 | $75.00 |
| Jason M Manola | 0.90 | $85.00 |
| Ricki K Podorovsky | 6.60 | $195.00 |

**Trustee's Final Fee Application**                    **Leonard R. Bagdonas, Debtor**
                                                       **Case No. 10-52459**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Leonard R. Bagdonas, | ) | Case No. 10-52459 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois     )
County of Cook       )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.      I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.      I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendancy of this case.  I have not previously received payment of any compensation for services rendered in connection with this case.

4.      Further affiant sayeth naught.

Elizabeth C. Berg

Subscribed and Sworn to before me
on June 5, 2012.

Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**