UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Leonard R. Bagdonas, | ) | Case No. 10-52459 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: July 26, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:          Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:     Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                May 26, 2011

Period for Which
Compensation is sought:     March 31, 2011 to Close of Case

Amount of Fees sought:      $10,000.00[1]

Amount of Expense
Reimbursement sought:       $921.09

This is an:    Interim Application __     Final Application  _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-_ .

Dated:  June 29, 2012              Baldi Berg & Wallace, Ltd.


                              By:  ____/s/Elizabeth C. Berg_____
                                   Elizabeth C. Berg

---

[1] $10,000.00 is a voluntarily reduced amount.  Total billable value of services rendered is $19,051.00.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Leonard R. Bagdonas, | ) | Case No. 10-52459 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: July 26, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

**First Application for Allowance and Payment of Final Compensation
And Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Leonard R. Bagdonas, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BBW of (1) $10,000.00[1] as final compensation for 66.90 hours of legal services rendered to the Trustee from March 31, 2011 through the close of this case, and (ii) $921.09 as reimbursement of actual expenses incurred in the performance of those services. In support thereof, BBW respectfully states as follows:

### Introduction

1.    Debtor commenced this case on November 24, 2010 by filing a voluntary petition for relief under chapter 7 of the Code.

2.    Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.    As of the commencement of this case, the Estate's primary asset was the Debtor's interest a parcel of real estate improved by a single family home which was located at 38W440 Arrowmaker Pass, Elgin, Illinois ("Property").

4.    The bar date for filing claims in this case was July 11, 2011.

---

1  $10,000.00 is a voluntarily reduced amount. Total billable value of services rendered is $19,051.00.

## Retention of BBW

5.      On May 26, 2011, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case.  A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A.  BBW has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the BBW attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee in this case are:

> Elizabeth C. Berg – Partner
> Donna B. Wallace -- Partner
> Joseph A. Baldi -- Partner
> Julia D. Loper – Associate
> Ricki K. Podorovsky – Paralegal
> Stephen Beard – Law Clerk

## Prior Compensation Received

7.      This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

## Services Rendered by BBW

8.      Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.   The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.      The services rendered by BBW during the period covered by this Application have been summarized in four categories below:

2

General Administration: BBW advised the Trustee as to general case administration matters including, advising the Trustee as to the Estate's interest in the Property, reviewing and analyzing documents related to a living trust ("Trust") which held title to the Property; upon review of Trust documentation and applicable caselaw, BBW advised the Trustee that the Trust was revocable and should be terminated and that the Property was, in fact, Estate property; as requested by Trustee, BBW prepared and prosecuted an adversary proceeding to determine the Estate's interest in the Property; ultimately, on September 1, 2011, this Court entered an order declaring that the Trust was revocable and the Property was property of the Estate and could be administered by the Trustee; thereafter, BBW prepared necessary documents on behalf of the Trustee to revoke the Trust; BBW also advised the Trustee as to her duties and obligations under the Bankruptcy; and prepared this final fee application and the fee application of the Trustee's accountants.

In connection with the foregoing, BBW spent 42.50 hours for which it requests allowance and payment of final compensation in the amount of $13,104.00.

Avoidance of Citibank Lien: BBW researched the judgment lien of Citibank ("Lien") that was recorded against the property in an amount in excess of $18,000.00 within ninety days before this case was filed. BBW advised the Trustee that the Lien was avoidable; as requested by the Trustee, BBW prepared and filed an adversary complaint to avoid the Lien (the "Avoidance Adversary"); on April 5, 2012, this Court entered an order of default against Citibank.

In connection with the foregoing, BBW spent 7.90 hours rendering services with a value of $1,162.00.

Retention of Professionals: BBW prepared and presented the Trustee's Motion to Employ Attorneys, Trustee's Motion to Employ Real Estate Broker and Trustee's Motion to Employ Accountants.

In connection with the foregoing, BBW spent 5.30 hours rendering services with a value of $1,162.00.

<u>Sale of Property</u>:  BBW represented the Trustee with respect to the liquidation of the Estate's interest in the Property including, but not limited to, BBW advised the Trustee as to the transfer of the Property from the Trust to the Estate and prepared a deed to effectuate the transfer of ownership; BBW verified the validity and amount of the mortgage liens and other claims on the Property; BBW verified and oversaw that the Property was properly insured during the time that the Property was being marketed for sale; BBW represented the Trustee in the negotiation for the contract to sell the Property, BBW prepared and presented the Trustee's Motion to Sell the Property and BBW prepared various documents, as required for the sale of the Property and the transfer of ownership to the purchaser.  As a result of the sale of the Property, the Estate recovered gross proceeds of $225,000.00.

In connection with the foregoing, BBW spent 11.20 hours rendering services with a value of $2,703.00.

### Compensation Requested

10.     BBW has expended a total of 66.90 hours for the services described and categorized in paragraph nine above.  The total value for those services is $19,051.00.  In order to provide the timely filed unsecured creditors with a greater distribution, BBW at the request of the Trustee has agreed to voluntarily reduce its request for payment compensation to $10,000.00.

11.     All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested.  In those instances where two attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

4

12.     The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13.     BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case, except to the extent that BBW voluntarily reduces its request for compensation as set forth herein.

14.     BBW has not previously received or been promised any payments for services rendered in this case.

15.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Reimbursement of Expenses

17.     In connection with the performance of the services herein, BBW incurred actual and necessary expenses in the amount of $921.09 for which it requests reimbursement.  The expenses primarily relate to filing fee for the Avoidance Adversary, homeowner's insurance policy costs and copying and postage for documents and pleadings filed with the Court. Itemized detail of the actual expenses incurred are including within the billing statements attached hereto as Exhibit C.

### Status of the Case

18.    The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19.    Trustee has completed and filed her Final Report simultaneously herewith. The Final Fee Application for the Trustee and the Trustee's accountants have also been filed concurrently with this Application.

### Financial Condition of the Case

20.    Trustee currently has approximately $34,900.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, 3) the fees allowed to Popowcer Katten, Ltd. in connection with its final fee application as accountants to the Trustee, 4) the deferred adversary filing fee owed to the Clerk of the United States Bankruptcy Court, and 5) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.    Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a distribution to timely filed general unsecured creditors.

### Trustee's Approval

22.    BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.    Allowing and authorizing payment to Baldi Berg & Wallace, Ltd. in the amount of $10,000.00 as final compensation amount for actual and necessary professional services rendered

6

to the Trustee from March 31, 2011 through the closing of this case;

      B.     Allowing to Baldi Berg & Wallace, Ltd. reimbursement of expenses in the amount of

$921.09;

      C.     Authorizing the Trustee to pay the amounts awarded from the funds in the case as

part of her final distribution; and

      D.     For such other and further relief as this Court deems appropriate.

Dated:  June 29, 2012                 Baldi Berg & Wallace, Ltd.

                               Attorneys for Elizabeth C. Berg, as trustee of the
estate of Leonard R. Bagdonas, debtor

                               By:_____ /s/ _____
                                    Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.   Suite 1500
Chicago, IL  60603
312.726.8150

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:           )   BK No.:   10-52459
             )
Leonard R. Bagdonas,      )
             )    Chapter: 7
             )
             )    Honorable Manuel Barbosa
             )    Kane
     Debtor(s)      )

**Order Authorizing Trustee to Employ Attorneys**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Donna B.

Wallace and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the

supporting affidavit of Donna B. Wallace; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Leonard R.

Bagdonas, debtor, is authorized to employ Donna B. Wallace and the law firm of Baldi Berg &

Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as

may be allowed by this Court, only upon further application.


Enter: _____

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  May 26, 2011

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Donna B. Wallace
Attorney ID No. 6200260
Baldi Berg & Wallace
19 S. LaSalle St., Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg & Wallace**
**Final Fee Application**

**Leonard R. Bagdonas, Debtor**
**Case No. 10-52459**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg & Wallace, Ltd. (formerly Joseph A. Baldi & Associates, P.C.).   Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.  In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.  He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.  Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.   In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers.  He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.  He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.  Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000.  Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.   Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute.  She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools.  She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.  Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois.  She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Donna B. Wallace

Donna B. Wallace is a Partner of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal Business Planning Award, was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College, and Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

### Baldi Berg & Wallace, Ltd.

#### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

#### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

#### Jason M. Manola

Jason M. Manola is a legal assistant with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg & Wallace**
**Final Fee Application**

**Leonard R. Bagdonas, Debtor**
**Case No. 10-52459**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**     (312) 726-5067

**FEIN:** 36-4352753

*Invoice submitted to:*

May 21, 2012
Invoice No:     02058

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Bagdonas - General Administration** | | | | | | | |
| | 42.50 | $13,104.00 | $592.32 | $13,696.32 | $0.00 | $0.00 | $13,696.32 |
| **Bagdonas - Avoidance of Citibank Judgment Lien** | | | | | | | |
| | 7.90 | $2,171.00 | $301.10 | $2,472.10 | $0.00 | $0.00 | $2,472.10 |
| **Bagdonas - Retention of Professionals** | | | | | | | |
| | 5.30 | $1,073.00 | $0.00 | $1,073.00 | $0.00 | $0.00 | $1,073.00 |
| **Bagdonas - Sale of Real Estate** | | | | | | | |
| | 11.20 | $2,703.00 | $27.67 | $2,730.67 | $0.00 | $0.00 | $2,730.67 |
| | 66.90 | $19,051.00 | $921.09 | $19,972.09 | | | $19,972.09 |

**Baldi Berg & Wallace, Ltd**

5/23/2012

Bagdonas - General Administration

Page    2

**In Reference to:**    *Bagdonas - General Administration*

*Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 4/29/2011 | JDL | Prepare Notice of Claim of Trustee. (.7) telephone call to recorder re: requirements for recording (.2) | 0.90 $200.00/ hr | $180.00 |
| 5/11/2011 | DBW | Meet with ECB re issues related to sale of property encumbered by unrecorded life estate | 0.40 $325.00/ hr | $130.00 |
| 5/12/2011 | DBW | Read trust documents relating to sale of house (1.5), research whether revocable trust where debtor is settlor, trustee and one of the beneficiaries is part of estate (.6), research whether amendment to trust which gave debtor's new wife present life estate in residence is valid to create life estate where no document was recorded (2.3) | 4.40 $325.00/ hr | $1,430.00 |
| 5/16/2011 | DBW | Research re gift law and delivery of gift re life estate to wife included in trust (2.9) and marriage as consideration for life estate in realty (.6) | 3.50 $325.00/ hr | $1,137.50 |
| 5/17/2011 | DBW | Complete research on marriage as consideration for transfer of real estate (1.7), meeting with trustee re results of research (.4) | 2.10 $325.00/ hr | $682.50 |
| 5/18/2011 | DBW | Research whether transfer pursuant to premarital agreement can be avoided as fraudulent transfer (.6), begin drafting demand letter to counsel for debtor (.7) | 1.30 $325.00/ hr | $422.50 |
| 5/25/2011 | DBW | Prepare letter to opposing counsel re avoidance of life estate and sale of residence | 0.60 $325.00/ hr | $195.00 |
| 6/13/2011 | DBW | commence drafting adversary complaint | 2.70 $325.00/ hr | $877.50 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - General Administration                                    Page    3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 6/14/2011 | DBW | Continue drafting complaint for declaratory judgment | 2.50 $325.00/hr | $812.50 |
| 6/15/2011 | DBW | Draft count I of complaint (1.5), read cases re avoidance of life estate (2.0) commence drafting count II of complaint (.6) | 4.10 $325.00/hr | $1,332.50 |
| 6/16/2011 | DBW | Complete drafting count II of complaint (.9), Commence drafting count III of complaint (1.2) | 2.10 $325.00/hr | $682.50 |
| 6/20/2011 | DBW | Complete count III and IV of Complaint (1.0), proofread (.3), research re interest transferred after property is encumbered with a life estate (.8), revise complaint (1.7) | 3.80 $325.00/hr | $1,235.00 |
| 6/23/2011 | DBW | Meet with Trustee re complaint | 0.50 $325.00/hr | $162.50 |
| 6/28/2011 | DBW | Meet with trustee re additional counts of complaint re conveyancing statute (.9), research re same (1.5) | 2.40 $325.00/hr | $780.00 |
| 7/07/2011 | ECB | Review Trust and Amendment for revocation and notice provisions (.4) Revise and finalize Trust revocation (.3) | 0.70 $300.00/hr | $210.00 |
| 7/07/2011 | ECB | Execute Trust Revocation | 0.10 $300.00/hr | $30.00 |
| 7/12/2011 | DBW | Revise complaint to include allegations to Trustee demand letter (.4), prepare exhibits for filing - read re redactions (.5), e-file (.2), prepare certificates of service (.4), e-file (.1), conference. call with Trustee & Debtor's attorney re service and count 1 (.2) | 1.80 $325.00/hr | $585.00 |
| 7/12/2011 | JDL | Prepare Deferral of filing fee re: adversary complaint | 0.20 $200.00/hr | $40.00 |
| 8/18/2011 | DBW | Appear in court re status on adversary complaint | 0.20 $325.00/hr | $65.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - General Administration

Page    4

| Date | | Description | | |
|---|---|---|---|---|
| 8/22/2011 | DBW | Prepare Motion for Default against Bagdonas (.9), judgment order (.6) meet with Trustee re content of affidavit for default judgment (.2), prepare affidavit (.6), prepare motion for default against Peggi A. Weber, proposed judgment and affidavit (1.0) | 3.30 $325.00/ hr | $1,072.50 |
| 8/24/2011 | DBW | Meet with Trustee re affidavit and judgment in default lawsuit (.2),revise Bagdonas Motion Judgment and Affidavit (.3) | 0.50 $325.00/ hr | $162.50 |
| 9/01/2011 | ECB | Attend court and present Motions for Default Judgments against Leonard Bagdonas and Peggi Weber | 0.20 $300.00/ hr | $60.00 |
| 1/23/2012 | RKP | Review case file (.1) and advise Trustee as to tax reporting requirements (.1) | 0.20 $195.00/ hr | $39.00 |
| 5/19/2012 | RKP | Prepare Popowcer fee application (.5); coversheet, proposed order and affidavit (.3); Draft BBW Fee Application (2.5); coversheet, proposed order and affidavit (.3); review and edit same (.4). | 4.00 $195.00/ hr | $780.00 |

|  |  |  | Total Fees | $13,104.00 |

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 5/02/2011 | Recording fee to Kane County Recorder to record Notice of Claim of Trustee. | 1.00 @ /each | $42.00 |
| 7/12/2011 | Copies of Motion, Exhibits, & Summons (99 pages total x 2 parties (Leonard & Peggi) = 188 pages | 1.00 @ /each | $18.80 |
| 12/29/2011 | Property insurance for 38W440 Arrowmaker Pass, Elgin--($299.76 was refunded to Estate (not BBW) when sale of Property closed and insurance policy was canceled.) | 1.00 @ /each | $531.52 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - General Administration

Page    5

|  |  |
|---|---:|
| Total Expenses | $592.32 |
| Total New Charges | $13,696.32 |
| Previous Balance | $0.00 |
| Balance Due | $13,696.32 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 36.20 | $325.00 |
| Elizabeth C Berg | 1.00 | $300.00 |
| Julia D Loper | 1.10 | $200.00 |
| Ricki K Podorovsky | 4.20 | $195.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Avoidance of Citibank Judgment Lien

Page    6

**In Reference to:**    *Bagdonas - Avoidance of Citibank Judgment Lien*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 9/21/2011 | JDL | Review Kane  County docket for Citibank judgment details. | 0.70 $200.00/ hr | $140.00 |
| 1/04/2012 | RKP | Research re: proper service for Citibank (.3); prepare supplemental certificate of service (.1). | 0.40 $195.00/ hr | $78.00 |
| 1/30/2012 | DBW | Review documents re Citibank lien (.2), check court file re Citibank Claim ((.1), commence drafting complaint to avoid preferential transfer (.5) | 0.80 $350.00/ hr | $280.00 |
| 1/31/2012 | DBW | Complete drafting Complaint to avoid Citibank lien (1.4), proofread & revise (.2) | 1.60 $350.00/ hr | $560.00 |
| 2/20/2012 | DBW | Re; avoiding Citibank lien - telephone call to follow up on contact information provided by Citibank's former attorney. | 0.20 $350.00/ hr | $70.00 |
| 3/22/2012 | JAB | Appear on status of adversary against judgment creditor, report default re same. | 0.20 $450.00/ hr | $90.00 |
| 3/28/2012 | JDL | Prepare Motion for Default (Citibank) (1.1) Conference w/ JAB re: same (.2) | 1.30 $235.00/ hr | $305.50 |
| 3/29/2012 | JDL | Finalize Motion for Default (Citibank) (1.1) Prepare Affidavit in support of Motion for Default (Citibank) (.6) Prepare Judgment order against Citibank (.5) Conference w/ JAB re: same (.3) | 2.50 $235.00/ hr | $587.50 |
| 4/05/2012 | ECB | Court appearance on Motion for Entry of Default Judgment | 0.20 $300.00/ hr | $60.00 |

## Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Avoidance of Citibank Judgment Lien

Page     7

|  |  |
|---|---|
| Total Fees | $2,171.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 2/02/2012 | Filing fee for preference complaint - Citibank | 1.00 @ /each | $293.00 |
| 2/02/2012 | Sent Filing Preference Complaint to Citibank by Certified Mail (2 Diff. Addresses) $4.05 x 2 | 2.00 @ /each | $8.10 |

|  |  |
|---|---|
| Total Expenses | $301.10 |
| Total New Charges | $2,472.10 |
| Previous Balance | $0.00 |
| Balance Due | $2,472.10 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 2.60 | $350.00 |
| Elizabeth C Berg | 0.20 | $300.00 |
| Joseph A Baldi | 0.20 | $450.00 |
| Julia D Loper | 0.70 | $200.00 |
| Julia D Loper | 3.80 | $235.00 |
| Ricki K Podorovsky | 0.40 | $195.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Retention of Professionals

Page    8

---

**In Reference to:**    *Bagdonas - Retention of Professionals*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 3/31/2011 | RKP | Draft motion to retain broker, including 2014 affidavit and proposed order (1.0); draft motion to retain attorney, including rule 2014 affidavit and proposed order (1.0) | 2.00 $190.00/ hr | $380.00 |
| 5/18/2011 | ECB | Revise and finalize motion to hire counsel | 0.20 $300.00/ hr | $60.00 |
| 5/26/2011 | ECB | Present motion to employ counsel | 0.20 $300.00/ hr | $60.00 |
| 9/21/2011 | RKP | Revise motion to employ real estate broker (.4); edit affidavit (.1) and service list (.1) | 0.60 $190.00/ hr | $114.00 |
| 10/12/2011 | RKP | Draft motion to employ accountants (.5); proposed order (.1); and affidavit (.1); amend motion to retain real estate broker (.3); review listing agreement and prepare affidavit (.1); prepare draft order (.1). | 1.20 $190.00/ hr | $228.00 |
| 10/17/2011 | RKP | Draft letter to M. Treviso re: retention as real estate broker (.4); compile documents to send M. Treviso re: same (.1). | 0.50 $190.00/ hr | $95.00 |
| 10/18/2011 | RKP | Finalize motion to retain broker (.3); prepare motion to employ accountant for filing (.1) | 0.40 $190.00/ hr | $76.00 |
| 10/27/2011 | ECB | Appear in court and present Motions to hire Realtor and Accountant | 0.20 $300.00/ hr | $60.00 |

|  |  |
|---|---|
| Total Fees | $1,073.00 |

|  |  |
|---|---|
| Total New Charges | $1,073.00 |

**Baldi Berg & Wallace, Ltd**

5/23/2012

Bagdonas - Retention of Professionals

Page    9

|  |  |
|---|---|
| Previous Balance | $0.00 |
| Balance Due | $1,073.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.60 | $300.00 |
| Ricki K Podorovsky | 4.70 | $190.00 |

**Baldi Berg & Wallace, Ltd**

5/23/2012

Bagdonas - Sale of Real Estate

**In Reference to:**   *Bagdonas - Sale of Real Estate*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/05/2011 | ECB | Review original deed in trust (.1) Review Judgment Order and draft deed from Trust to Bankruptcy Estate (.5) | 0.60 $300.00/ hr | $180.00 |
| 10/06/2011 | ECB | Revise and finalize deed from Living Trust to Bankruptcy Estate (.2) Prepare written request to Wells Fargo for current payoffs for 1st and 2nd mortgage (.4) | 0.60 $300.00/ hr | $180.00 |
| 10/07/2011 | ECB | Finalize payoff request to Wells Fargo | 0.10 $300.00/ hr | $30.00 |
| 10/12/2011 | ECB | Prepare bankruptcy rider for use by broker with prospective offers to purchase | 0.40 $300.00/ hr | $120.00 |
| 12/09/2011 | SJB | Reviewed sales agreement and draft letter to Mr. Bagdonas re vacating property  for closing | 0.90 $75.00/ hr | $67.50 |
| 12/19/2011 | RKP | Edit Motion to Sell Real Estate including adding a provision to pay special counsel | 0.20 $190.00/ hr | $38.00 |
| 12/21/2011 | RKP | Amend Motion to Sell Real Estate per E. Berg (1.0); and prepare for filing and service (1.0). | 2.00 $190.00/ hr | $380.00 |
| 12/22/2011 | ECB | Draft Order Approving Sale, Authorizing Payment of Mortgage Liens and Homestead Exemption, Payment of Broker's Commission and Payment of other costs (.8) Revise Rule 2002 Notice to Creditors to include homestead exemption payment and attachment of Citibank judgment lien to proceeds of sale (.3) | 1.10 $300.00/ hr | $330.00 |
| 12/29/2011 | ECB | Telephone call to Gus Michuda re premium payment for insurance pending sale;  Correspondence to transmit same | 0.30 $300.00/ hr | $90.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Sale of Real Estate

Page  11

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/04/2012 | ECB | Email to broker re separate negotiations on sale of Debtor's furniture to buyer | 0.10 $300.00/ hr | $30.00 |
| 1/12/2012 | ECB | Teleconference with L. Bagdonas re status of execution of deed out of living trust, negotiation of furniture sale, and potential for moving up closing date (.2) Email Mr. Bagdonas re same (.1) Confer w/ Campanale office re details for closing (.1) teleconference with buyer's attorney, W. Mular, re problems with moving up closing date (.2) | 0.60 $300.00/ hr | $180.00 |
| 1/12/2012 | ECB | Telephone call to City of Elgin to confirm procedures for transfer of real estate | 0.20 $300.00/ hr | $60.00 |
| 1/13/2012 | ECB | Memo to JMM re obtaining death certificate for debtor's first wife | 0.10 $300.00/ hr | $30.00 |
| 1/17/2012 | JMM | Phone call to Lake County Recorder (.1), Fill out Death Certificate Request Form (.1), Draft fax to Lake County Recorder (.2), & compile docs for Fax (.1) | 0.50 $85.00/ hr | $42.50 |
| 1/26/2012 | ECB | Court appearance on Trustee's Motion to Approve Sale | 0.20 $300.00/ hr | $60.00 |
| 2/07/2012 | ECB | Email to Debtor to confirm time of closing and utility shutoff and prorations | 0.20 $300.00/ hr | $60.00 |
| 2/13/2012 | ECB | Multiple calls to Wells Fargo bankruptcy department to request updated payoff | 1.00 $300.00/ hr | $300.00 |
| 2/15/2012 | ECB | Meet with Campanale's office to review Trustee Deed and closing statement (.2) Multiple telephone calls to Wells Fargo for updated payoff letters (.9) | 1.10 $300.00/ hr | $330.00 |
| 3/07/2012 | RKP | Prepare report of sale. | 1.00 $195.00/ hr | $195.00 |

# Baldi Berg & Wallace, Ltd

5/23/2012

Bagdonas - Sale of Real Estate

Page    12

|  |  | Total Fees | $2,703.00 |
|---|---|---|---|

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 1/17/2012 | Certified Copy of Janice Bagdonas death certificate for title clearance | 1.00 @ /each | $10.00 |
| 1/25/2012 | Payment for Home Insurance coverage through closing | 1.00 @ /each | $17.67 |

|  |  |
|---|---|
| Total Expenses | $27.67 |
| Total New Charges | $2,730.67 |
| Previous Balance | $0.00 |
| Balance Due | $2,730.67 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 6.60 | $300.00 |
| Jason M Manola | 0.50 | $85.00 |
| Ricki K Podorovsky | 2.20 | $190.00 |
| Ricki K Podorovsky | 1.00 | $195.00 |
| Stephen J Beard | 0.90 | $75.00 |

**Baldi Berg & Wallace**
**Final Fee Application**

**Leonard R. Bagdonas, Debtor**
**Case No. 10-52459**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Leonard R. Bagdonas,      )
      )   Case No. 10-52459
      )
      )   Honorable Manuel Barbosa
      Debtor.   )   (Kane County)

**Rule 2016 Affidavit**

State of Illinois   )
County of Cook   )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.    I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.    I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.    Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered or expenses incurred in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered or expense reimbursement to be received for actual expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd and to the extent of the voluntary reduction in the request for compensation, as more fully set forth in the Application.

5.    Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this _5_ day of June, 2012

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**