**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Bagdonas, Leonard R. | § | Case No. 10-52459 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>Kenneth S. Gardner
>Clerk of the U.S. Bankruptcy Court
>219 S. Dearborn, 7th Floor
>Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
> 10:00 A.M.
> on July 26, 2012
> in Courtroom 250 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner_____
                                       Clerk of the US Bankruptcy Court

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Bagdonas, Leonard R. | § | Case No. 10-52459 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 225,299.76 |
| and approved disbursements of | $ | 190,350.48 |
| leaving a balance on hand of[1] | $ | 34,949.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 13,750.00 | $ 0.00 | $ 13,750.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltc. | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltc. | $ 921.09 | $ 0.00 | $ 921.09 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 943.00 | $ 0.00 | $ 943.00 |
| Charges: Clerk of Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Catatoga Property Owners Association | $ 100.00 | $ 100.00 | $ 0.00 |
| Other: Anthony Campanale | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 25,907.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

    Remaining Balance      $      9,042.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,956.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 18,266.54 | $ 0.00 | $ 6,127.16 |
| 000002 | Wheaton Eye Clinic | $ 1,414.60 | $ 0.00 | $ 474.50 |
| 000003 | American Express Bank, FSB | $ 1,764.67 | $ 0.00 | $ 591.93 |
| 000004 | American Express Bank, FSB | $ 5,511.12 | $ 0.00 | $ 1,848.60 |
|  | Citibank, N.A. | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     9,042.19

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 33,622.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA NA | $ 20,726.23 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA NA | $ 12,896.30 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors       $        0.00

Remaining Balance                                          $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-52459-MB
Leonard R. Bagdonas                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen                Page 1 of 2              Date Rcvd: Jul 02, 2012
                              Form ID: pdf006             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2012.
```
db          #+Leonard R. Bagdonas,    38W440 Arrowmaker Pass,   Elgin, IL 60124-0440
17253281     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16466717    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
16466719   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,    Po Box 85520,   Richmond, VA 23285)
16466720    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17532893     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
16466722    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
16466724    +James A. O'Conner Funeral Home,    PO BOX 74,   Huntley, IL 60142-0074
16466726     Provena St. Joseph Hospital,    1700 Keifer Dr., ste 1,   Zion, IL 60099-5105
16466727    +Wfm/Wbm,   4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17131382     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 03 2012 02:54:27     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16466723    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 03 2012 02:54:27     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
16466725    +E-mail/Text: bankrup@nicor.com Jul 03 2012 02:08:19      Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
16466729    +E-mail/Text: swakefield@wheatoneye.com Jul 03 2012 02:11:09     Wheaton Eye Clinic,
              2015 N. Main Street,   Wheaton, IL 60187-3190
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Baldi Berg &  Wallace, Ltd
17253282*    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16466718*   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
16466721*   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16466728*   +Wfm/Wbm,   4101 Wiseman Blvd # Mc-T,   San Antonio, TX 78251-4200
                                                                         TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2012**              **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Jul 02, 2012
                              Form ID: pdf006           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2012 at the address(es) listed below:

```
          Donna B Wallace    on behalf of Plaintiff Elizabeth Berg dbwallace@ameritech.net
          Elizabeth C Berg    bergtrustee@baldiberg.com,  eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth Berg ecberg@ameritech.net
          John S Biallas    on behalf of Debtor Leonard Bagdonas jsb70@comcast.net
          Joseph A Baldi    on behalf of Plaintiff Elizabeth Berg jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```