UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
Bagdonas, Leonard R.                    §    Case No. 10-52459 MB
                                        §
                                        §
              Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:     CHAPTER 7 ADMIN. FEES     AND CHARGES     (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER     ADMIN. FEES AND     CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED     CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Elizabeth C. Berg, Trustee_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Leonard Bagdonas |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wfm/Wbm 4101 Wiseman Blvd # Mc-T San Antonio, TX 78251 |  |  |  |  |  |
|  | Wfm/Wbm 4101 Wiseman Blvd # Mc-T San Antonio, TX 78251 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FARGO, WELLS | | | | | |
| | FARGO, WELLS | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| ATTYS TITLE | | | | | |
| ATTYS TITLE | | | | | |
| BAGDONAS, LEONARD | | | | | |
| CATATOGA PROPERTY OWNERS ASSOC | | | | | |
| STUDNICKA & ASSOCIATES | | | | | |
| CLERK OF BANKRUPTCY COURT | | | | | |
| ATG | | | | | |
| JOHN THOMAS, BUYER | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAMPANALE | | | | | |
| CAMPANALE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| BANKER, COLDWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | James A. O'Conner Funeral Home PO BOX 74 Huntley, IL 60142 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Provena St. Joseph Hospital 1700 Keifer Dr., ste 1 Zion, IL 60099-5105 | | | | | |
| | Wheaton Eye Clinic 2015 N. Main Street Wheaton, IL 60187 | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CITIBANK |  |  |  |  |  |
| 000002 | WHEATON EYE CLINIC |  |  |  |  |  |
|  | CLERK OF BANKRUPTCY COURT, NDIL |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000005 | CHASE BANK USA NA |  |  |  |  |  |
| 000006 | CHASE BANK USA NA |  |  |  |  |  |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $ | $ | $ | $ |

FORM 1 - LEONARD BAGDONAS

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-52459 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | Bagdonas, Leonard R. | | Date Filed (f) or Converted (c): | 11/24/10 (f) |
| | | | 341(a) Meeting Date: | 01/03/11 |
| For Period Ending: | 12/12/12 | | Claims Bar Date: | 07/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 250.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods  1/2 Interest in 6 rooms of furniture and miscellaneous household belongings | 750.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel  Clothing of one adult male | 25.00 | 0.00 | | 0.00 | FA |
| 4. Life Estate  Life interest in the Bagdonas Family Trust created 2007 (Trust owns legal title to home of Debtor at 38 W440 Arrowmaker pass, Elgin, Illinois 60124 . Non-Debtor Wife has successor life interest in Trust) | 250,000.00 | 33,730.00 | | 225,000.00 | FA |
| 5. 2001 Mercury Villager 85,000 miles Location: 38W44 | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Machinery, Equipment & Supplies  Miscellaneous computer equipment | 750.00 | 0.00 | | 0.00 | FA |
| 7. Machinery, Equipment & Supplies  Miscellaneous computer equipment and supplies | 500.00 | 0.00 | | 0.00 | FA |
| 8. State Farm Insurance Refund (u)  Trustee's attorneys paid home insurance premiums, on behalf of the estate, to cover the real property during listing; refund returned to the estate upon cancellation of policy following the sale of the real property; | 0.00 | 299.76 | | 299.76 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.05c

FORM 1 - LEONARD BAGDONAS
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-52459 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Bagdonas, Leonard R. | | Date Filed (f) or Converted (c): | 11/24/10 (f) |
| | | | 341(a) Meeting Date: | 01/03/11 |
| | | | Claims Bar Date: | 07/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Trustee's attorneys are requesting reimbursement of the insurance premiums paid as part of their application for compensation and expense reimbursmenet | | | | | |

|  | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $257,275.00 | $34,029.76 | | $225,299.76 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed an adversary complaint to determine the Estate's interest in a living trust, including Debtor's homestead
; Trustee challenged the validity of the puported life estate granted to Debtor's wife by living trust; the Court
declared the living trust revoked and determined that the real property in question was property of the Estate . Trustee
sold real property and recovered approximately $35,000 on behalf of the Estate. TR made final distribution in August,
2012 and will close case after final distribution check clears.

Initial Projected Date of Final Report (TFR): 04/30/12    Current Projected Date of Final Report (TFR): 04/30/12

      /s/    Elizabeth C. Berg, Trustee
_____ Date: 12/12/12
      ELIZABETH C. BERG, TRUSTEE

LFORM1                                                                                                    Ver: 16.05c
UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2 -- LEONARD BAGDONAS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-52459 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | Bagdonas, Leonard R. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4222 Money Market Account |
| Taxpayer ID No: | *******5896 | | | |
| For Period Ending: | 12/12/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * C 03/31/11 | | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Rent 4/11 -- Pearl Avenue | 1222-003 | 950.00 | | 950.00 |
| * C 03/31/11 | | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Rent 4/11 -- Pearl Avenue<br>Entered deposit in error to incorrect case. SEE In re Paul Ryan, Case no. 10-52459 | 1222-003 | -950.00 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 0.00 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 0.00 |
| * Reversed | | | Subtotal | 0.00 0.00 |
| t Funds Transfer | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | 0.00 |
| C Bank Cleared | | | Net | 0.00 0.00 |

Page Subtotals 0.00 0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 - LEONARD BAGDONAS

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-52459 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | Bagdonas, Leonard R. | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******5643  Checking Account |
| Taxpayer ID No: | *******5896 |  |  |
| For Period Ending: | 12/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C  02/16/12 | 4 | Attorneys' Title Guaranty Fund<br>1 South Wacker Drive  24th Floor<br>Chicago  IL  60606-4654 | Sale Proceeds - Real Estate |  | 34,749.52 |  | 34,749.52 |
|  |  | ATTYS TITLE | Memo Amount:    225,000.00<br>Sale Proceeds - Real Estate | 1110-000 |  |  |  |
|  |  | FARGO, WELLS | Memo Amount:  (   78,272.10 )<br>Payoff 1st Mortgage | 4110-000 |  |  |  |
|  |  | FARGO, WELLS | Memo Amount:  (   73,158.19 )<br>Payoff 2nd Mortgage | 4110-000 |  |  |  |
|  |  | ATTYS TITLE | Memo Amount:  (    1,435.00 )<br>Title Policy | 2500-000 |  |  |  |
|  |  | JOHN THOMAS, BUYER | Memo Amount:  (    7,372.59 )<br>Real Estate Tax Prorations | 2820-000 |  |  |  |
|  |  | BAGDONAS, LEONARD | Memo Amount:  (   15,000.00 )<br>Debtor's Exemption | 8100-002 |  |  |  |
|  |  | BANKER, COLDWELL | Memo Amount:  (   12,770.00 )<br>Broker Commission | 3510-000 |  |  |  |
|  |  | CAMPANALE | Memo Amount:  (    1,000.00 )<br>Seller's RE Attorney | 3210-000 |  |  |  |
|  |  | ATG | Memo Amount:  (      337.50 )<br>RE Transfer Stamps | 2820-000 |  |  |  |
|  |  | STUDNICKA & ASSOCIATES | Memo Amount:  (      450.00 )<br>Survey | 2500-000 |  |  |  |
|  |  | BAGDONAS, LEONARD | Memo Amount:  (       60.00 )<br>Utility Credit to Debtor | 2500-000 |  |  |  |
|  |  | ATTYS TITLE | Memo Amount:  (      395.10 )<br>Miscellaneous Title &Recording Fees | 2500-000 |  |  |  |

Page Subtotals        34,749.52            0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2 - LEONARD BAGDONAS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 10-52459 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | Bagdonas, Leonard R. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5643  Checking Account |
| Taxpayer ID No: | *******5896 | | |
| For Period Ending: | 12/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   02/17/12 | 000101 | Catatoga Property Owners Association<br>PO Box 5050<br>Elgin, IL 60121-5050 | Association Fees<br>Paid Assessment Letter ($50) & 2012 Debtor's Assessment Fees ($50) | 2500-000 | | 100.00 | 34,649.52 |
| C   03/06/12 | 8 | State Farm Fire and Casualty Company<br>2702 Ireland Grove Road<br>Bloomington  IL  61709-0001 | Insurance Refund | 1280-000 | 299.76 | | 34,949.28 |
| C   07/30/12 | 000102 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Trustee's Final Compensation | 2100-000 | | 13,750.00 | 21,199.28 |
| * C   07/30/12 | 000103 | Clerk of Bankruptcy Court<br>219 S. Dearborn St., 7th Floor<br>Chicago, IL 60604 | Clerk Costs - Deferred Filing Fee for Trustee Adversary Proceeding | 2700-003 | | 293.00 | 20,906.28 |
| C   07/30/12 | 000104 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago  IL  60603 | TR Attorneys' Fees | 3110-000 | | 10,000.00 | 10,906.28 |
| C   07/30/12 | 000105 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago  IL  60603 | TR Attorneys' Expenses | 3120-000 | | 921.09 | 9,985.19 |
| C   07/30/12 | 000106 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500 | TR's Accountant's Fees | 3410-000 | | 943.00 | 9,042.19 |

Page Subtotals          299.76          26,007.09

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2 - LEONARD BAGDONAS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-52459 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | Bagdonas, Leonard R. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5643 Checking Account |
| Taxpayer ID No: | *******5896 | | |
| For Period Ending: | 12/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago IL 60601 | | | | | |
| C 07/30/12 | 000107 | Wheaton Eye Clinic<br>2015 N. Main Street<br>Wheaton, IL 60187 | Claim 000002, Payment 33.54305% | 7100-000 | | 474.50 | 8,567.69 |
| C 07/30/12 | 000108 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 33.54338% | 7100-000 | | 591.93 | 7,975.76 |
| C 07/30/12 | 000109 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 33.54309% | 7100-000 | | 1,848.60 | 6,127.16 |
| C 07/30/12 | 000110 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 33.54308% | 7100-900 | | 6,127.16 | 0.00 |
| * C 08/09/12 | 000103 | Clerk of Bankruptcy Court<br>219 S. Dearborn St., 7th Floor<br>Chicago, IL 60604 | Reverse Check #103<br>Check returned by clerk's office -- amount of claim for deferred filing fee is per old rates, i.e. $250.00. Voided Check; will update claims and do supplemental distribution to distribute remaining funds. ecb 8-9-12 | 2700-003 | | -293.00 | 293.00 |
| C 08/09/12 | 000111 | Clerk of Bankruptcy Court | Clerk of the Courts Costs | 2700-000 | | 250.00 | 43.00 |

Page Subtotals  0.00  8,999.19

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2 - LEONARD R. BAGDONAS

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 10-52459 -MB |
| Case Name: | Bagdonas, Leonard R. |
| Taxpayer ID No: | *******5896 |
| For Period Ending: | 12/12/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5643  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 219 S. Dearborn St., 7th Floor<br>Chicago, IL 60604 | Replaces Check No. 103 in the amount of $293.00. Clerk advises that amount of claim is in fact $250.00 for deferred filing fees. Lower amount because fee deferred prior to increase in fees. | | | | |
| C   08/09/12 | 000112 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 0.16%<br>Supplemental Distribution of Funds Returned by Clerk | 7100-000 | | 8.80 | 34.20 |
| C   08/09/12 | 000113 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 0.16%<br>Supplemental Distribution of Funds returned by Clerk | 7100-900 | | 29.14 | 5.06 |
| * C   08/09/12 | 000114 | Mr. Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>19 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60603 | Small Dividends Check -<br>Lost by Postal Service and<br>Reversed; Replaced by Check #115.<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #          DIVIDEND<br>===============================<br>  2            000002              2.25<br>  3            000003              2.81 | <br><br><br><br><br>7100-001<br>7100-001 | | 5.06 | 0.00 |
| * C   10/16/12 | 000114 | Mr. Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>19 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60603 | VOID<br>Stop Payment - Ordered on 9/20/12 by JMM after receipt of phone call from clerk's office that check never arrived.  Original check returned by USPostal service on 10/1/12 and voided.  Will reissue with replacement check #115. | | | -5.06 | 5.06 |

Page Subtotals     0.00     37.94

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2 - LEONARD BAGDONAS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 10-52459 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | Bagdonas, Leonard R. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5643  Checking Account |
| Taxpayer ID No: | *******5896 | | |
| For Period Ending: | 12/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  10/23/12 | 000115 | Mr. Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>19 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60603 | Small Dividends Check<br>Replaces Check #114<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #        DIVIDEND<br>===================================<br>  2       000002         2.25<br>  3       000003         2.81<br><br>Check #115 replaces Check #114 which was returned to our office by the U.S. Postal Service. The BK court called and advised they never received the check. JMM contacted Congressional and void the outstanding check. Once approval from Congressional regarding the cancelled check, JMM reissued check #115 to the BK Court. | 7100-001 | | 5.06 | 0.00 |

|  | Memo Allocation Receipts: | 225,000.00 | COLUMN TOTALS | 35,049.28 | 35,049.28 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
|  | Memo Allocation Disbursements: | 190,250.48 |    Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| * Reversed | | | Subtotal | 35,049.28 | 35,049.28 | |
| t Funds Transfer | Memo Allocation Net: | 34,749.52 |    Less:  Payments to Debtors | | 0.00 | |
| C Bank Cleared | | | Net | 35,049.28 | 35,049.28 | |
| | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 225,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 190,250.48 | Money Market Account - ********4222 | 0.00 | 0.00 | 0.00 |
| | | | Checking Account - ********5643 | 35,049.28 | 35,049.28 | 0.00 |
| | Total Memo Allocation Net: | 34,749.52 | | 35,049.28 | 35,049.28 | 0.00 |
| | | | Page Subtotals | 0.00 | 5.06 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page: 7

Exhibit 9

**FORM 2 - LEONARD BAGDONAS**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-52459 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | Bagdonas, Leonard R. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5643  Checking Account |
| Taxpayer ID No: | *******5896 | | |
| For Period Ending: | 12/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*